# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK RAY BROWN, | CV F 06-00804 AWI SMS HC |
| Petitioner, | SECOND ORDER TO SHOW REGARDING PETITIONER'S MOTION FOR STAY |
| v. | |
| A.P. KANE, WARDEN | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on June 23, 2006. On this same date, Petitioner also filed a motion to stay the proceedings while he exhausts the state court remedies with respect to new claims. (Court Doc. 3.)

In his motion to stay the proceedings, Petitioner requests "permission to exhaust his new issues presented in a second petition submitted to the California Supreme Court, Case Number S137701. The issues will be additional to the first petition submitted to the California Supreme Court, Case Number S135392." (Motion, at 1.) Petitioner states that he is relying on Acosta v. Artuz, 235 F.3d 117, 125 (2d Cir. 2000) and Anthony v. Cambra, 235 F.3d 568 (9th Cir. 2000), as the reason for his delay in filing this petition. (Id.)

On July 31, 2006, the Court issued an order to show cause why Petitioner's motion to stay the proceedings should be granted in light of the Supreme Court's decision in Rhines v.

1

1  Weber, 544 U.S. 269 (2005).

2     Petitioner filed a response to the order to show cause on August 22, 2006. (Court Doc.
3  9.) Petitioner states that his unexhausted claims are potentially meritorious; however, Petitioner
4  has not provided the Court with a copy of the second petition filed in the California Supreme
5  Court, case number S137701, and it is unclear to the Court what claims are pending at that Court.
6  Further, Petitioner states that he has been diligently pursing his claims.  However, Petitioner has
7  not provided the date that the second petition was filed in the California Supreme Court.  This
8  information will be helpful to the Court in resolving Petitioner's pending motion to stay.

9     Accordingly, it is HEREBY ORDERED that within THIRTY (30) days from the date of
10 service of this order, Petitioner shall file a second response to the Court's July 31, 2006, order to
11 show cause, addressing the concerns outlined herein.

13 IT IS SO ORDERED.

14 **Dated:   September 13, 2006**           /s/ Sandra M. Snyder
   icido3                                    UNITED STATES MAGISTRATE JUDGE