1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                                EASTERN DISTRICT OF CALIFORNIA

9

10   FREDERICK RAY BROWN,                    )          1:06-CV-00804-AWI-SMS-HC
                                             )
11          Petitioner,                      )
                                             )          ORDER GRANTING EXTENSION OF
12      v.                                   )          TIME TO FILE AMENDED PETITION
                                             )
13   A. P. KANE, WARDEN,                     )          (Doc. 13)
                                             )
14          Respondent.                      )
     _____)
15

16          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

17   § 2254.  On December 7, 2006, petitioner filed a motion for an extension of time to file an amended

18   petition.   Good cause having been presented to the court and GOOD CAUSE APPEARING

19   THEREFOR, IT IS HEREBY ORDERED that:

20          Petitioner is granted thirty days from the date of service of this order in which to file an amended

21   petition, pursuant to the court's order of November 6, 2006.

22

23   IT IS SO ORDERED.

24   **Dated:    December 19, 2006**                         **/s/ Sandra M. Snyder**
     ah0l4d                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28