IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK RAY BROWN,       )<br>                            )<br>     Petitioner,           )<br>                            )<br>vs.                         )<br>                            )<br>A.P. KANE, WARDEN,          )<br>                            )<br>     Respondent.            )<br>_____) | 1:06-cv-00804-AWI-SMS-HC<br><br>**FINDINGS AND RECOMMENDATION**<br><br>(Doc. 12) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

By order filed November 6, 2006, the court found that the petition failed to state any claims for relief against the named Respondent.  The court dismissed the petition and ordered Petitioner to file an amended petition within thirty (30) days from the date of service of that order.  On December 7, 2006, Petitioner filed a motion to extend time.  On December 20, 2006, the court granted Petitioner an additional thirty (30) days within which to comply.  More than thirty days have passed and Petitioner has not filed an amended petition or otherwise responded to the court's order(s).

1

1 In determining whether to dismiss an action for lack of
2 prosecution, the court must consider several factors: (1) the
3 public's interest in expeditious resolution of litigation; (2) the
4 court's need to manage its docket; (3) the risk of prejudice to the
5 Respondents; (4) the public policy favoring disposition of cases on
6 their merits; and, (5) the availability of less drastic
7 alternatives. Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.
8 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988). The court
9 finds that the public's interest in expeditiously resolving this
10 litigation and the court's interest in managing the docket weigh in
11 favor of dismissal. The third factor, risk of prejudice to
12 Respondents, also weighs in favor of dismissal, since a presumption
13 of injury arises from the occurrence of unreasonable delay in
14 prosecuting an action. Anderson v. Air West, 542 F.2d 522, 524 (9th
15 Cir. 1976). The fourth factor -- public policy favoring
16 disposition of cases on their merits -- is greatly outweighed by
17 the factors in favor of dismissal discussed herein.
18 Accordingly, the court HEREBY RECOMMENDS that this action be
19 DISMISSED for Petitioner's failure to prosecute. These Findings
20 and Recommendation are submitted to the United States District
21 Court Judge assigned to the case pursuant to the provisions of 28
22 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of
23 Practice for the United States District Court, Eastern District of
24 California. Within thirty (30) days after being served with a
25 copy, any party may file written objections with the court and
26 serve a copy on all parties. Such a document should be captioned
27 "Objections to Magistrate Judge's Findings and Recommendations."
28 Replies to the objections shall be served and filed within ten (10)

court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    April 17, 2007                   /s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE