# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK RAY BROWN, | CV F 06-00804 AWI SMS HC |
|     Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
|     v. | [Doc. 16] |
| A.P. KANE, WARDEN | |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 6, 2006, the Court issued an order denying Petitioner's motion to stay as moot and directed Petitioner to file an amended petition within thirty days from the date of service of that order. On December 7, 2006, Petitioner filed a motion for extension of time, which was granted on December 20, 2006. (Court Docs. 13, 14.) On April 18, 2007, the Court issued Findings and Recommendations to dismiss the action for failure to prosecute. (Court Doc. 16.) On May 4, 2007, Petitioner filed an amended petition, along with objections to the Findings and Recommendations. (Court Doc. 17.)

    In his objections, Petitioner states that he wishes to proceed on the claims presented in the amended petition. Accordingly, because Petitioner has now complied with the Court's order and in the interest of justice the Court will vacate the Findings and Recommendations. In an separate order issued concurrently herewith direct the Respondent to file a response.

Based on the foregoing, it is HEREBY ORDERED:

1. The Findings and Recommendations issued April 18, 2007, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:    May 8, 2007**                              /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE