# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK RAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>A.P. KANE, WARDEN<br><br>    Respondent._____/ | CV F 06-00804 AWI SMS HC<br><br>ORDER DIRECTING CLERK OF COURT TO ELECTRONICALLY SERVE COURT'S ORDER OF MAY 9, 2007<br><br>[Court Doc. 19] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 9, 2007, the Court issued an order for Respondent to file a responsive pleading. (Court Doc. 19.) The Court's order was inadvertently not served electronically on Respondent, and therefore no response has been filed. Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall electrically serve Respondent with a copy of the Court's May 9, 2007, order; and

2. All dates set forth in the Court's May 9, 2007, shall be effective as of the date of service of the instant order.

IT IS SO ORDERED.

**Dated:  September 17, 2007**        /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE