IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK RAY BROWN, | 1:06-cv-00804 AWI-SMS (HC) |
|       Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
|   vs. | |
| A.P. KANE, | (DOCUMENT # 24) |
|       Respondent. | |
| _____/ | (30) THIRTY DAY DEADLINE |

On November 19,2007, respondent filed a motion to extend time to file an answer to Petition for Writ of Habeas Corpus .  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent  is granted thirty days from the date of service of this order in which to file an answer to Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

**Dated:    December 10, 2007**          _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE